148 A.3d 448

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kathleen Granahan KANE, Petitioner**

**No. 108 MM 2016**

Supreme Court of Pennsylvania.

August 5, 2016

## ORDER

PER CURIAM

**AND NOW**, this 5th day of August, 2016, the "Emergency Application for Extraordinary Relief and King's Bench" is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.